# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

IN THE INTEREST OF J.O., JR.

NO. 2021 KW 0603

**JUNE 4, 2021**

---

In Re:  J.O., Jr., applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 21,501.

---

**BEFORE:  WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court erred by denying the juvenile's request that a bond be set. A juvenile has a right to bail for release from custody prior to the adjudication hearing. La. Ch. Code art. 823(A); **In re State ex rel. A.J.**, 2009-0477 (La. 12/1/09), 27 So.3d 247, 259; **In re C.B.**, 97-2783 (La. 3/4/98), 708 So.2d 391, 398. Accordingly, the writ application is granted in part, this matter is remanded, and the district court is ordered to set bail forthwith. The remainder of relator's claims are denied.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT